**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1439

SAMUEL H. MWABIRA-SIMERA,

              Plaintiff – Appellant,

       v.

THOMPSON HOSPITALITY SERVICES, LLP; DERRICK TERRY; MONICA
BOCKMAN; JERRY HARCUM; KEVIN MORA; RANDALL MUSE; DEENA
SKINNER; SHATAVIA ADDISON; JOHN STEVENSON; DAVID BOWLES,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William N. Nickerson, Senior District
Judge.  (1:11-cv-02989-WMN; 1:12-cv-00848-ELH)

Submitted:  December 13, 2012      Decided:  December 18, 2012

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel H. Mwabira-Simera, Appellant Pro Se. Thomas Patrick Dowd,
LITTLER MENDELSON PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel H. Mwabira-Simera appeals the district court's order denying relief on his complaint.  We have reviewed the record and find no reversible error.  Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.  Mwabira-Simera v. Thompson Hosp. Servs., LLP, Nos. 1:11-cv-02989-WMN; 1:12-cv-00848-ELH (D. Md. Mar. 28, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED